THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CRIMINAL NO. 4:16-CR-67-SDJ-AGD |
| | § | |
| EUGENE MORRIS WOODS (1) | § | |
| | § | |
| | § | |

**MEMORANDUM ADOPTING THE REPORT AND**
**RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On January 23, 2025, the Magistrate Judge entered proposed findings of fact and recommendations (Dkt. #79) that (1) Defendant's supervised release be revoked based on the allegations in the petition (Dkt. # 64); (2) Defendant be committed to the custody of the Bureau of Prisons to be imprisoned for a term of 22 months with 38 months of supervised release to follow, with all prior conditions imposed; and (3) Defendant be placed at FCI Seagoville in Seagoville, Texas, or FMC Fort Worth in Fort Worth, Texas, if appropriate.

Having received the Report of the United States Magistrate Judge (Dkt. #79) and having received Defendant's waiver of his right to object to the proposed findings and recommendations of the Magistrate Judge (Dkt. #78), the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's Report as the findings and conclusions of the Court. Accordingly, Defendant is hereby sentenced to a term of 22 months imprisonment with 38 months

of supervised release to follow, with all prior conditions imposed; and the Court hereby recommends Defendant be placed at FCI Seagoville in Seagoville, Texas, or FMC Fort Worth in Fort Worth, Texas, if appropriate.

**So ORDERED and SIGNED this 3rd day of February, 2025.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE